**Terri L. BEERMANN, Respondent,**

v.

**Jeffrey L. JONES, Appellant.**

**No. WD 70464.**

Missouri Court of Appeals, Western District.

Feb. 23, 2010.

Christina E. Gondring, for Respondent.

Craig D. Ritchie, for Appellant.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and JAMES E. WELSH, Judge.

## *ORDER*

PER CURIAM:

Jeffrey Jones appeals the judgment of the trial court modifying child support. On appeal, Jones claims that the trial court erred in: (1) determining his monthly income to be $8,200; (2) ordering him to pay $3,200 to his ex-wife based on a previous judgment; (3) ordering him to pay a portion of his ex-wife's attorney's fees; and (4) issuing an ambiguous custody award. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).